UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DENNIS J. KOPP,<br><br>　　　　　Plaintiff,<br>v.<br>ISIDRO BACA, *et al.*,<br>　　　　　Defendants. | Case No. 3:18-cv-00254-RCJ-WGC<br><br>ORDER |

## I.　DISCUSSION

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for

this action. If Plaintiff chooses to file an application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an in forma pauperis application.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: June 1, 2018.

_____
UNITED STATES MAGISTRATE JUDGE